FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

March 24, 2021

No. 04-19-00771-CV

Kent B. **HOFFMAN**, et al.,
Appellants

v.

Andrew M. **THOMSON**, et al.,
Appellees

From the 343rd Judicial District Court, McMullen County, Texas
Trial Court No. M-17-0008-CV-C, Consolidated M-17-0034-CV-B
Honorable Janna K. Whatley, Judge Presiding

## O R D E R

On March 10, 2021, this court issued its opinion and judgment in this appeal. A motion for rehearing is due on March 25, 2021. *See* TEX. R. APP. P. 49.1

Before the due date, Appellees filed an unopposed motion for extension of time to file a motion for rehearing.

Appellees' motion for extension of time to file a motion for rehearing is GRANTED. Appellees' motion for rehearing is due on April 26, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of March, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court